AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL BURRISS,

    Plaintiff,

v.

JUDGE TIMOTHY R. WALMSLEY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23cv269

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's December 1, 2023 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is dismissed, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

December 5, 2023
Date

John E. Triplett
Clerk

_____
(By) Deputy Clerk